IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPHEL FOLEY | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-06-CV-2190-D |
| | § | |
| STATE OF TEXAS, ET AL. | § | |
| | § | |
| Respondents. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case, the findings and recommendation of the United States Magistrate Judge, and petitioner's objections and amended objections, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby adopted as the findings of the court.

**SO ORDERED**.

February 27, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE